IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHESTER LITTLESUN,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTANA STATE PRISON WARDEN AND GUARDS,<br><br>Defendant. | Cause No. CV 21-13-BLG-SPW<br><br><br><br>ORDER |

On May 27, 2021, the Court ordered Plaintiff Littlesun either to pay the full filing fee or file a motion to proceed in forma pauperis. *See* Order (Doc. 3) at 2 ¶ 1. Littlesun did not respond to the Order.

Accordingly, IT IS ORDERED that this action is CLOSED. The clerk shall enter, by separate document, a judgment of dismissal for failure to pay the filing fee or move to proceed in forma pauperis.

DATED this 20th day of July, 2021.

Susan P. Watters
United States District Court